IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

THOMAS & LORA MARSH LIVING TRUST, )
)
)
Plaintiff, ) TC-MD 140063C
)
v. )
)
DESCHUTES COUNTY ASSESSOR, )
)
Defendant. ) **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered August 21, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's motion to dismiss, filed August 11, 2014, seeking to withdraw this appeal.

On March 10, 2014, Plaintiff filed a Complaint appealing the assessed value of property identified as Account 182303 for tax year 2013-14 "and beyond." (Ptf's Compl at 1.) Plaintiff filed a motion to dismiss its appeal on August 11, 2014. (Ptf's Ltr at 1, Aug 11, 2014.)

As of the date of this Decision of Dismissal, Defendant has not filed a response to Plaintiff's motion to dismiss. Furthermore, Defendant did not assert any counterclaims in its Answer filed April 15, 2014. Under these circumstances, the court finds that Plaintiff's Complaint should be dismissed. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ___ day of September 2014.


_____
DAN ROBINSON
MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This Final Decision of Dismissal was signed by Magistrate Dan Robinson on September 9, 2014. The Court filed and entered this Final Decision of Dismissal on September 9, 2014.*